**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LISA MARTENEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case 4:24-cv-04511** |
| | § | |
| **ANM MEDIA, INC. D/B/A MY-CPE,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF SETTLEMENT**

Plaintiff Lisa Marteney ("Plaintiff") and Defendant ANM Media, LLP, Inc. d/b/a MY-CPE ("Defendant") (together, "the Parties"), hereby notify the Court that the parties have reached a settlement of the above-captioned matter. The parties anticipate filing a stipulation of dismissal of the entire action (with prejudice as to Plaintiff's claim) within 45 days. The parties request the court vacate all current deadlines.

Date: April 30, 2025

Respectfully submitted,

*/s/ Matthew J. Langley*
David S. Almeida
Matthew J. Langley
Almeida Law Group LLC
849 W. Webster Avenue,
Chicago, Illinois 60614

**ATTORNEYS FOR PLAINTIFF**

*/s/ Todd P. Stelter*
Todd P. Stelter
*admitted pro hac vice*
tstelter@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500

Chicago, Illinois 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001

Alfredo Ramos
SBN: 24110251, FBN: 3687680
framos@hinshawlaw.com
5151 San Felipe, Suite 1380
Houston, Texas 77056
Telephone: 346-344-4500
Facsimile: 312-704-3001

**ATTORNEYS FOR DEFENDANT**