United States District Court
Southern District of Texas
**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Lisa Marteney, | § |
| Plaintiff, | § § § |
| v. | §  Civil Action No. H-24-4511 |
| ANM Media, LLP, Inc. d/b/a MY-CPE, | § § § |
| Defendant. | § § |

## ORDER OF DISMISSAL

On April 30, 2025, the Plaintiff, Lisa Marteney, and Defendant, ANM Media, LLP, Inc. d/b/a MY-CPE, filed a Notice of Settlement (docket no. 34) announcing that a settlement has been reached in this action.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement **within forty-five (45) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.

All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 1st day of May, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE