United States District Court
Southern District of Texas
**ENTERED**
October 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Lisa Marteney, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-4511 |
| | § | |
| ANM Media, LLP, Inc. | § | |
| d/b/a MY-CPE, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On October 16, 2025, Plaintiff, Lisa Marteney, filed a Notice of Voluntary Dismissal with Prejudice (docket no. 38) asserting that this action be dismissed with prejudice, against Defendant, ANM Media, LLP, Inc. D/b/a MY-CPE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 17th day of October, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE